JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANK WILLIAM YNIGUEZ,      )      Case No. CV 10-08734-DOC  (OP)
                            )
                            )      J U D G M E N T
              Petitioner,   )
      v.                    )
                            )
                            )
T. E. BUSBY, Warden,        )
                            )
                            )
              Respondent,   )
_____)

       Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

       IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  March 18, 2013

                              *David O. Carter*
                              _____
                              HONORABLE DAVID O. CARTER
                              United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge